UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dezeray M. Roblero-Barrios,                      Civil 07-4311 MJD/FLN

    Plaintiff,

v.                                                O R D E R

Dave Pingry, Jack Erskine, et al.,

    Defendants.
_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated January 15, 2008, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application for leave to proceed *in forma pauperis* [#2] is DENIED; and

2. This action is DISMISSED pursuant to 28 U.S.C. Section 1915(e)(2)(B)(ii).


DATED: February 12, 2008.                s/Michael J. Davis
at Minneapolis, Minnesota                JUDGE MICHAEL J. DAVIS
                                                    United States District Court